JACK FINK et al., Appellants, *v.* MILTON LOWENTHAL, Respondent.

Argued May 31, 1939; decided June 21, 1939.

*John F. X. Browne* and *John A. Albert* for appellants.
*Ira I. Gollobin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.